**COM.**

v.

**ARMSTRONG, J.**

**513 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–51–CR–0003229–2010
(Philadelphia)

Affirmed

**LIANG, X.**

v.

**HUTNYK, R.**

**965 EDA 2016**

Superior Court of Pennsylvania.

5/17/2017

150301623
(Philadelphia)

Affirmed

**COM.**

v.

**PALMER, J.**

**821 EDA 2016**

Superior Court of Pennsylvania.

5/17/2017

CP–51–CR–0002288–2015
(Philadelphia)

Affirmed

**COM.**

v.

**MACK–TANSMORE, H.**

**988 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–39–CR–0004826–2014
(Lehigh)

Affirmed—Application to Withdraw as
Counsel Granted